THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM
A. GRIMSHAW, Appellant, *v.* WILLIAM A. PRENDERGAST, as
Register of Kings County, Respondent.

*People ex rel. Grimshaw* v. *Prendergast*, 132 App. Div. 937, affirmed.
(Argued December 8, 1909; decided January 4, 1910.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
May 7, 1909, which affirmed an order of Special Term deny-
ing a motion for a peremptory writ of mandamus to compel
defendant to certify the relator's payrolls for part of the
months of November and December, 1908.

*Robert H. Wilson* for appellant.

*Jesse Fuller, Jr.,* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.